**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7480**

———————

JOSHUA FLUELLEN,

                                        Plaintiff - Appellant,

        versus


FRANKLIN M. EPSTEIN, Neurosurgeon at Aiken
Regional Medical Center; L. GUEVARA, Assistant
Health Service Administrator at FCI-Edgefield;
J.A. SERRANO, MD and Clinical Director at FCI-
Edgefield; FUERTES ROSARIO, Health Service
Administrator at FCI-Edgefield,

                                        Defendants - Appellees.


———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Henry M. Herlong, Jr., District Judge.
(CA-02-2091)

———————

Submitted:  December 11, 2003      Decided:  December 23, 2003

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Joshua Fluellen, Appellant Pro Se. Richard Carson Thomas, BARNES, ALFORD, STORK & JOHNSON, Columbia, South Carolina; Raymond Emery Clark, Assistant United States Attorney, Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joshua Fluellen appeals the district court's order and judgment adopting the magistrate judge's report and recommendation, granting summary judgment to the Defendants and dismissing his claim of deliberate indifference to a serious medical need. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Fluellen v. Epstein</u>, No. CA-02-2091 (D.S.C. Aug. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>